UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUND ENGINEERED PRODUCTS, INC., f/k/a Lund Precision Products, Inc., a Massachusetts Corporation; and JOHN SCHWANBECK, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants. | ) ) | Court No: 14-cv-1367 |
| v. | ) ) | Honorable Ruben Castillo |
| FISHER-BARTON, INC, a Wisconsin Corporation and FISHER-BARTONIRELAND LIMITED, an Irish Private Company, | ) ) ) ) ) | Magistrate Michael T. Mason |
| Defendants/Counter-Plaintiffs. | ) ) ) | |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS ON THE COUNTERCLAIM PURSUANT TO RULE 12(C)

Plaintiffs/Counter-Defendants, LUND ENGINEERED PRODUCTS, INC., f/k/a Lund Precision Products, Inc. ("Lund") and JOHN SCHWANBECK ("Schwanbeck"), (collectively "Plaintiffs" or "Counter-Defendants" or "Lund") by and through their attorneys, Joseph R. Marconi and Peter R. Ryndak of JOHNSON & BELL LTD, move this Court for Judgment on the Pleadings Pursuant to Rule 12(C) and state as follows:

1. Plaintiffs move this Court for entry of Judgment on the Pleadings in its favor and against Fisher-Barton, Inc. and Fisher-BartonIreland Limited, on the Counterclaim.

2. Plaintiffs incorporate herein by reference their Memorandum of Law in Support of The Motion for Judgment on the Pleadings.

WHEREFORE, Counter-Defendants, LUND ENGINEERED PRODUCTS, INC., f/k/a Lund Precision Products, Inc., a Massachusetts Corporation; and JOHN SCHWANBECK pray that judgment be entered in their favor and against Counter-Plaintiffs on all of Counter-Plaintiffs' Counterclaims and for such other relief that the Court deems just and proper.

        LUND PRECISION PRODUCTS, INC. AND
        JOHN SCWHANBECK.

        By: */s/ Peter R. Ryndak*
                Peter R. Ryndak

DATED:    June 16, 2014

Joseph R. Marconi
Peter R. Ryndak
JOHNSON & BELL, LTD.
Attorneys for Plaintiffs
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770